# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Midwest Operating Engineers Welfare Fund, et al.

                Plaintiff,

v.                                        Case No.: 1:23−cv−01227

                                                        Honorable Rebecca R. Pallmeyer

M2 Construction, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for entry of default and judgment [10] is granted; Civil case terminated. Judgment order to enter. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.